THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Robert Pitts, Appellant.
 
 
 

Appeal From Aiken County
J. Michelle Childs, Circuit Court Judge
Unpublished Opinion No. 2008-UP-692
Submitted December 1, 2008  Filed
 December 15, 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Elizabeth A. Franklin, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Barbara R. Morgan, of Aiken for Respondent.
 
 
 

PER CURIAM:  Robert
 Pitts appeals his conviction of voluntary manslaughter and thirty-year
 sentence.  Pitts argues the trial court erred by accepting his guilty plea, pursuant
 to North Carolina v. Alford, 400 U.S. 25 (1970), because the State did
 not have substantial evidence proving Pitts guilt.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1] 
APPEAL
 DISMISSED.  
WILLIAMS,
 PIEPER, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.